Same case below, 410 Fed. Appx. 626.

**No. 10-10302. Oral H., Petitioner v. Connecticut.**

564 U.S. 1009, 131 S. Ct. 3003, 180 L. Ed. 2d 831, 2011 U.S. LEXIS 4487.

June 13, 2011. Petition for writ of certiorari to the Appellate Court of Connecticut denied.

Same case below, 125 Conn. App. 276, 7 A.3d 444.

**No. 10-10411. Gerardo G. Salinas, Petitioner v. United States.**

564 U.S. 1010, 131 S. Ct. 3004, 180 L. Ed. 2d 831, 2011 U.S. LEXIS 4513.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 405 Fed. Appx. 78.

**No. 10-10314. Paul A. Smith, Petitioner v. Robert Stevenson, Warden.**

564 U.S. 1009, 131 S. Ct. 3003, 180 L. Ed. 2d 831, 2011 U.S. LEXIS 4515.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 410 Fed. Appx. 728.

**No. 10-10413. Jorge Reyes-Rezendes, Petitioner v. United States.**

564 U.S. 1010, 131 S. Ct. 3004, 180 L. Ed. 2d 831, 2011 U.S. LEXIS 4442.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10388. Cedric M. Bucklon, Petitioner v. Florida.**

564 U.S. 1010, 131 S. Ct. 3003, 180 L. Ed. 2d 831, 2011 U.S. LEXIS 4528.

June 13, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 53 So. 3d 1033.

**No. 10-10415. Jermaine Smith, Petitioner v. United States.**

564 U.S. 1010, 131 S. Ct. 3005, 180 L. Ed. 2d 831, 2011 U.S. LEXIS 4461.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 633 F.3d 889.

**No. 10-10408. Antonio Cameron, Petitioner v. United States.**

564 U.S. 1010, 131 S. Ct. 3004, 180 L. Ed. 2d 831, 2011 U.S. LEXIS 4472.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-10418. Calvin Perry, Petitioner v. United States.**

564 U.S. 1010, 131 S. Ct. 3005, 180 L. Ed. 2d 831, 2011 U.S. LEXIS 4394.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 415 Fed. Appx. 471.